



# MEMORANDUM OPINION

No. 04-10-00775-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  November 3, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 21, 2010, relator Jason Miears filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding. However, relator lists as the respondent the Honorable Sid L. Harle, presiding judge of the 226th Judicial District Court, Bexar County, Texas.